1  Floyd W. Bybee, #012651
   **Law Office of**
2  **Floyd W. Bybee, PLLC**
   4445 E. Holmes Ave., Suite 107
3  Mesa, AZ 85206-5530
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

9

10 **Angela L. Seidel,** an individual;      No.  CV 08-01351-PHX-DGC

11

12         Plaintiff,
                                             **NOTICE OF DISMISSAL**
13 v.                                           **WITH PREJUDICE**

14 **U.S. Collections West, Inc.,**
   an Arizona corporation;
15

16         Defendant.

17

18       Plaintiff, by and through counsel, hereby gives notice of dismissal of this

19 case in its entirety with prejudice, each party to bear its own attorney's fees and

20 costs.

21 / / /

22 / / /

23

24

25

1
2      DATED  August 20, 2008  .
3
4                                       s/ Floyd W. Bybee
                                        Floyd W. Bybee, #012651
5                                       **LAW OFFICE OF
                                        FLOYD W. BYBEE, PLLC**
6                                       4445 E. Holmes Ave., Suite 107
                                        Mesa, AZ 85206-5530
7                                       Office:  (480) 756-8822
                                        Fax: (480) 302-4186
8                                       floyd@bybeelaw.com
9                                       Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25